BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2758

FILED
APR 1 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )   NO. 2-12-MJ-0078 CKD
                                )
     v.                         )   [PROPOSED] ORDER
                                )   FOR UNSEALING COMPLAINT
MARQUIST PIERE BRADFORD,        )
                                )
           Defendant.           )
_____)

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 11, 2012

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge