1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2758



**FILED**

APR 1 1 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0126 MCE |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANT, INDICTMENT, PETITION TO SEAL, ORDER AND SEALING ORDER; [~~PROPOSED~~] ORDER |
| v. | |
| MARQUIST PIERE BRADFORD, | |
| Defendant. | |

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 29, 2012, order for the captioned matter be UNSEALED.

Date: April 11, 2012

/s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge