DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARQUIST PIERE BRADFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>MARQUIST PIERE BRADFORD,<br>　　　　　Defendant. | No. 12-126 MCE<br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 19, 2012, AT 9:00 A.M.<br>Date:  May 31, 2012<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　　THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for May 31, 2012, at 9:00 a.m., and reset it for July 19, 2012, at 9:00 a.m.

　　　Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

　　　The parties further stipulate that the Court should exclude the period from the date of this order through July 19, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

1  defendant's request for a continuance outweigh the best interest of the
2  public and the defendant in a speedy trial, and that this is an
3  appropriate exclusion of time for defense preparation within the
4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5  Dated: May 29, 2012                    Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender

10 Dated: May 29, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for
                                          _____
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference is reset for July 19, 2012, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file supplemental briefing outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 19, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4).

IT IS SO ORDERED.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2