```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00126-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) MOTION HEARING AND EXCLUDING TIME |
| v. | ) UNDER THE SPEEDY TRIAL ACT |
| MARQUIST PIERE BRADFORD, | ) |
| Defendant. | ) |

The parties request that the status conference and motion hearing in this case be continued from October 18, 2012, to November 16, 2012. They stipulate that the time between October 18, 2012, and November 16, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

Specifically:

This case was calendared for a motion hearing on September 13, 2012. On that date, the Court found a sufficient breakdown in communication between the defendant and defense counsel to warrant relieving Mr. Petrick. The motion hearing was vacated.

1

Current counsel was appointed on September 20, 2012, and the case was set for status on October 18, 2012, to allow the new defense counsel time to review the pending motion and discovery in the case.

On October 4, 2012, the Grand Jury now sitting in the Eastern District of California returned a superseding indictment against the defendant.  The defendant has been placed on the duty Magistrate calendar on October 18, 2012, for arraignment.

On that date, the government anticipates delivering to the defense several CDs containing discovery related to the new charges, as well as additional discovery related to the original count.

The parties request that the current status conference scheduled for October 18, 2012, be vacated and that a hearing on the defendant's Motion to Suppress (Docket Number 17) be calendared for November 16, 2012.

The parties stipulate that time between October 18, 2012, and November 16, 2012, be excluded under 18 U.S.C. § 3161(h)(1)(D), Local Code E, because the time falls between the filing of a pre-trial motion and prompt disposition of the motion, and also under 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4, because the time is necessary for obtaining substitute counsel and for counsel to prepare.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The parties stipulate and agree that the interests of justice served by

///

///

///

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                       Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATE: October 16, 2012  /s/ Matthew G. Morris
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney


DATE: October 22, 2012  /s/ Michael Chastaine (authorized 10/11/12)
                                MICHAEL CHASTAINE
                                Attorney for Defendant


**ORDER**

In accordance with the foregoing stipulation of counsel, **IT IS SO ORDERED.**  The status conference in this matter is continued from October 18, 2012 to November 16, 2012 at 1:00 p.m. in Courtroom No. 7.

Dated: October 22, 2012

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE