MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Marquist Bradford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUIST BRADFORD,<br><br>    Defendant. | Case No.: 2:12 CR 0126 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Moorse, Assistant United States Attorney, and Michael Chastaine, attorney for Marquist Bradford, that the status conference date of Thursday, September 26, 2013 should be continued until Thursday December 5, 2013.  The continuance is necessary as counsel for Mr. Bradford is still reviewing discovery, meeting with the client and investigating information as well as researching various possible resolutions.  Additionally, counsel for the government is exploring new information that has been developed.  Further the Government and defense are exploring settlement possibilities.

IT IS STIPULATED that the period of time from the September 26, 2013 up to and including December 5, 2013 be excluded in computing the time within which the

1

trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: September 25, 2013        By:    /s/ Michael Chastaine
                                 MICHAEL CHASTAINE
                                 Attorney for Marquist Bradford


Dated: September 25, 2013        BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ Michael Chastaine for Matt Moorse
                                 MATT MOORSE
                                 Assistant U.S. Attorney

ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties that the status conference scheduled for Thursday, September 26, 2013 at 9:00 a.m. be continued to Thursday, December 5, 2013 at 9:00 a.m. and that the period from September 26, 2013 to December 5, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT