BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0126-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE AND EXCLUDE TIME |
| v. | |
| MARQUIST PIERE BRADFORD, | |
| Defendant. | |

    Plaintiff United States of America, by and through Assistant United States Attorney Matthew G. Morris and Defendant, Marquist Piere Bradford, by and through his attorney, Michael Chastaine, hereby stipulate as follows:

    The parties agree that the case be continued to March 20, 2014.  The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

    a)    By prior order of the Court, the case was set for a status or change of plea on March 6, 2014.  The Court has advanced the date to February 26, 2014.

    b)    Defense counsel has been in trial in San Jose, and the parties will not be prepared to move forward on February 26, 2014.

    c)    The parties are attempting to reach a negotiated resolution of the matter, and will require additional time to determine whether a plea agreement is possible.

1

  d)  The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

  e)  The defendant is aware of this continuance and has requested it in light of the facts set forth above.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of March 6, 2014 to March 20, 2014, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

**SO STIPULATED.**

Dated: February 24, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: February 24, 2014

/s/ Michael Chastaine (auth. on 2/24/14)
MICHAEL CHASTAINE
Attorney for Marquist P. Bradford

**IT IS SO ORDERED.**

Dated: February 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT