UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIST PIERE BRADFORD,<br><br>Defendant. | No. 2:12-CR-00126-MCE<br><br><br><br>**ORDER** |

Defendant's request for leniency of sentence (ECF No. 74) is DENIED.

IT IS SO ORDERED.

Dated: August 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE