Martin Jones, State Bar #250598
Chastaine | Jones
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Email: martin@chastainejones.com

Attorney for Marquist Piere Bradford

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br>MARQUIST PIERE BRADFORD,<br>　　　　　　　Defendant. | Case № 2:12-cr-00126-TLN<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |

It is hereby stipulated between the parties, Denise Yasinow, Assistant United States Attorney, and Martin A. Jones, attorney for defendant MARQUIST PIERE BRADFORD, that the Set/Deny Hearing currently set for January 4, 2024, at 9:30 a.m. before Judge Nunley, should be continued and re-set for January 11, 2024, at 9:00 a.m. before Judge Nunley.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: December 26, 2023             Respectfully submitted,


                                                  */s/ Martin A. Jones*
                                                  Martin A. Jones
                                                  Attorney for Marquist Piere Bradford


DATED: December 26, 2023             Phillip Talbert
                                                  United States Attorney


                                                */s/ Denise Yasinow*
                                                Denise Yasinow
                                                Assistant United States Attorney


## **ORDER**

IT IS HEREBY ORDERED THAT:

     The date for the Set/Admit Hearing is hereby re-set for January 11, 2024, at 9:30 a.m., before District Court Judge Troy L. Nunley.

DATED: December 27, 2023
                                                            Troy L. Nunley
                                                            United States District Judge