MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIST PIERE BRADFORD,<br><br>Defendant. | CASE NO.  2:12-CR-126-TLN<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING AND ~~[PROPOSED]~~ ORDER<br><br>DATE: June 13, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On November 8, 2024, a Violation Petition was filed alleging that the defendant had violated the terms of his supervised release.

2.      On May 30, 2025, an initial appearance was held before Magistrate Judge Jeremy D. Peterson. At the defendant's request, a preliminary hearing was set for June 13, 2025.

3.      Since that time, the parties have learned that the assigned Probation Officer, Talia Carrubba-Katz, intends to file a Superseding Violation Petition. The parties expect that resolving the additional charge or charges brought in the Superseding Violation Petition will require discovery which may include police reports, recordings of 911 calls, and recordings made by body-worn cameras.

4.      Defense counsel will need time to review this material, discuss the additional charges

1  with his client, and prepare for the preliminary hearing.

2      5.      By this stipulation, the Government now moves to continue the preliminary hearing set in

3  this case until 2:00 p.m. on June 20, 2025.

4      IT IS SO STIPULATED.

5

6

7  Dated:  June 11, 2025                    MICHELE BECKWITH
                                           Acting United States Attorney

8

9                                          /s/ CHARLES CAMPBELL
                                           CHARLES CAMPBELL

10                                         Assistant United States Attorney

11

12 Dated:  June 11, 2025                    /s/ Martin A. Jones
                                           Martin A. Jones

13                                         Counsel for Defendant
                                           MARQUIST PIERE

14                                         BRADFORD

15

16

17                          **[PROPOSED] ORDER**

18

19

20 IT IS SO ORDERED.

21

22 Dated:    June 12, 2025

23                                         JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28