1  ERIC GRANT
   United States Attorney
2  CHARLES CAMPBELL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-126-TLN

12              Plaintiff,             STIPULATION TO VACATE EVIDENTIARY
                                       HEARING AND SET ADMIT DENY HEARING;
13          v.                         ORDER

14  MARQUIST BRADFORD,                 CURRENT DATE: September 9, 2025
                                       TIME: 9:00 a.m.
15              Defendant.             COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and Defendant Marquist

19  Bradford, by and through defendant's counsel of record, hereby stipulate that the evidentiary hearing set

20  on September 9, 2025, be vacated.  The parties also stipulate that this Court set an admit/deny hearing

21  on September 4, at 9:30 a.m.

22          IT IS SO STIPULATED.

23

24   Dated:  August 22, 2025                 ERIC GRANT
                                             Acting United States Attorney
25

26                                           /s/ CHARLES CAMPBELL
                                             CHARLES CAMPBELL
27                                           Assistant United States Attorney

28

    STIPULATION AND ORDER              1

Dated:  August 22, 2025

/s/ MARTIN JONES
MARTIN JONES
Counsel for Defendant
Marquist Bradford

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of August, 2025.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER

2